IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES GONZALES,

    Plaintiff,                    No. CIV S-96-2235 WBS JFM P

    vs.

CALIFORNIA MEDICAL FACILITY,

    Defendant.                 ORDER

_____/

        On March 27, 2007, plaintiff filed a motion to dismiss this action. However, this action was dismissed on January 24, 1997. Plaintiff's motion will be denied as moot.

        On March 27, 2007, plaintiff also filed a request for refund of filing fees. However, the docket sheet in this case does not reflect an assessment or payment of filing fees. Plaintiff's request for refund will be denied. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's March 27, 2007 motion (docket no. 4) and request (docket no. 5) are denied.

DATED: April 30, 2007.

UNITED STATES MAGISTRATE JUDGE

/001; gonz2235.158